# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**B.T. PALMER, A.Y. MARKS, P.D. LOCHNER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

**v.**

**JOSHUA W. ABSHIRE**
**CULINARY SPECIALIST SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201600080**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 18 November 2015.
**Military Judge:** CDR Heather Partridge, JAGC, USN.
**Convening Authority:** Commanding officer, Naval Air Station Oceana, Virginia Beach, VA.
**Staff Judge Advocate's Recommendation:** LT A.P. Sham, JAGC, USN.
**For Appellant:** LT Doug Ottenwess, JAGC, USN.
**For Appellee:** Brian K. Keller, Esq.

**28 July 2016**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court